IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.; 08-02674 ESL |
|---|---|
| MARIA DE LOURDES TOME RODRIGUEZ<br>NAIRDA J. PEREZ CINTRON<br><br>Debtor(s) | CHAPTER 13 (ASSET CASE) |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 01/12/2009**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 12th, day of January, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. 08-02674 ESL

**PEREZ CINTRON, NAIRDA JOSEFINA & TOME RODRIGUEZ, MARIA DE LOURDES**    Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____       ☑ AMENDED PLAN DATED: **1/12/2009**
☐ PRE ☐ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

$ **262.00** x **60** = $ **15,720.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **15,720.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **15,720.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,900.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**DEBTOR PROVIDES FOR A LIFT OF STAY IN FAVOR OF RG MORTGAGE AND THE RESIDENTS ASSOCIATION.**

Signed: _____
       Debtor

_____
       Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: _____

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 08-02674-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jan 12 14:39:29 AST 2009 | BANCO POPULAR DE PUERTO RICO<br>SPECIAL LOANS DEPARTMENT<br>MIGDALIA EFFIE GUASP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 |
| BANCO POPULAR DE PUERTO RICO<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 3228<br>SAN JUAN PR 00936 | BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 |
| BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON, DE 19886-5726 | BUFETE MONTANEZ Y ALICEA<br>CONDOMINIO EL CENTRO I, OFIC. 211-214<br>500 MUNOZ RIVERA<br>SAN JUAN, PR 00918-3300 | CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094-4014 |
| CITI CARDS<br>PO BOX 183052<br>COLOMBUS, OH 43218-3052 | COLLECTCORP CORPORATION<br>455 NORTH 3RD STREET, SUITE 260<br>PHOENIX, AZ 85004-0630 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MU?OZ RIVERA 505<br>HATO REY, PR 00918-3352 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| GS SERVICES LIMITED PARTNERSHIP<br>PO BOX 47455<br>JACKSONVILLE, FL 32247-7455 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | ORIENTAL GROUP<br>COLLECTIONS DEPT<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |
| PREFERRED HOME SERVICES, INC.<br>PO BOX 4069<br>BAYAMON, PR 00958-1069 | R-G MORTGAGE<br>P.O. BOX 362394<br>SAN JUAN, PR 00936-2394 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | SAM'S CLUB<br>P.O. BOX 530942<br>ATLANTA, GA 30353-0942 |
| SEARS CREDIT CARDS<br>PO BOX 183114<br>COLUMBUS, OH 43218-3114 | eCAST Settlement Corporation assignee of<br>FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-5480 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARIA DE LOURDES TOME RODRIGUEZ<br>97 REINA DE LAS FLORES<br>URB. CIUDAD JARDIN 3<br>TOA ALTA, PR 00953-4860 | MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| NAIRDA JOSEFINA PEREZ CINTRON<br>97 REINA DE LAS FLORES<br>URB CIUDAD JARDIN 3<br>TOA ALTA, PR 00953-4860 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER
PO BOX 15251
WILMINGTON, DE 19886-5251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PEREZ CINTRON, NAIRDA JOSEFINA<br>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 | (d)R&G MORTGAGE CORPORATION<br>CARDONA-JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | End of Label Matrix<br>Mailable recipients 39<br>Bypassed recipients 2<br>Total 41 |